UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO TELLEZ GOMEZ,<br><br>                 Petitioner,<br><br>      v.<br><br>PAMELA BONDI, *et al.*,<br><br>                 Respondents. | Case No. 2:25-cv-02248-RSM-GJL<br><br>STIPULATED MOTION FOR BRIEFING SCHEDULE |

    To expedite this habeas matter, Petitioner and Federal Respondents agree to expedited briefing in consideration of the merits of Petitioner's habeas corpus petition. *See* Dkt. #7.

    The parties propose the following briefing schedule for the habeas petition:

| **Filing** | **Deadline** |
|---|---|
| Respondents' Return Memorandum | November 19, 2025 |
| Petitioner's Response | November 20, 2025 |

    The parties request that the clerk note this matter for November 20, 2025. The parties further request that this Court forgo with a referral to a magistrate judge in order to expedite a final decision on the habeas petition.

STIPULATED MOTION FOR BRIEFING SCHEDULE
- 1

The parties having stipulated and agreed, it is hereby so ORDERED. The Court directs the Clerk to terminate the referral of the habeas petition at Dkt. #1.

DATED this 19th day of November, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE